| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | DISTRICT OF NEVADA |

| | | |
|---|---|---|
| 3 | RAYMOND JACKSON, | Case No. 3:20-cv-00090-RCJ-CLB |
| 4 | Plaintiff | **ORDER** |
| 5 | v. | |
| 6 | PHILSON, | |
| 7 | Defendant | |

**I.　DISCUSSION**

On January 6, 2020, Plaintiff initiated an action under case number 3:20-cv-00009-GMN-CLB. (ECF No. 1 in Case No. 3:20-cv-00009-GMN-CLB). On February 3, 2020, in that case, the Court granted Plaintiff's motion for extension of time to file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate, or pay the full $400 filing fee on or before Wednesday, March 4, 2020. (ECF No. 9).

On February 10, 2020, in response to the Court's February 3, 2020 order, Plaintiff submitted his fully complete application to proceed *in forma pauperis* with complete financial attachments. However, as Plaintiff did not indicate a proper case number on his application, the Clerk's Office opened the instant case and assigned Plaintiff's application with a new case number of 3:20-cv-00090-RCJ-CLB. (*See* ECF No. 1 in Case No. 3:20-cv-00090-RCJ-CLB).

The Clerk of the Court is now directed to file Plaintiff's fully complete application to proceed *in forma pauperis* from the instant case (ECF No. 1), 3:20-cv-00090-RCJ-CLB, into Plaintiff's older case, 3:20-cv-00009-GMN-CLB. Further, the Clerk of the Court will close the instant case, 3:20-cv-00090-RCJ-CLB. A copy of this order will be filed in both cases.

In the future, Plaintiff will include case number 3:20-cv-00009-GMN-CLB on all of his future filings for that case.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court is directed to file Plaintiff's fully complete application to proceed *in forma pauperis* (ECF No. 1) filed in the instant case, 3:20-cv-00090-RCJ-CLB, into Plaintiff's older case, 3:20-cv-00009-GMN-CLB.

IT IS FURTHER ORDERED that the Clerk of Court will close the instant case, 3:20-cv-00090-RCJ-CLB.

IT IS FURTHER ORDERED that the Clerk of the Court will file this order in both the instant case, 3:20-cv-00090-RCJ-CLB, and the older case, 3:20-cv-00009-GMN-CLB.

DATED: February 20, 2020.

_____
UNITED STATES MAGISTRATE JUDGE